1

2

3

4

5

6

7        **UNITED STATES DISTRICT COURT**

8         **DISTRICT OF NEVADA**

9              * * *

10   UNITED STATES OF AMERICA,         )
                                       )        2:09-CR-00161-PMP-PAL
11              Plaintiff,             )
                                       )
12   vs.                               )
                                       )
13   JOE RILEY,                        )
                                       )
14              Defendant.             )
                                       )
15   _____)

16        Before the Court for consideration is Defendant Joe Riley's Motion to

17   Suppress (Doc. #19) filed October 21, 2009.  On November 23, 2009, the Honorable

18   Peggy A. Leen United States Magistrate Judge, entered a Report and

19   Recommendation (Doc. #30) recommending that Defendant's Motion to Suppress

20   (Doc. #19) be denied.

21        On December 7, 2009, Defendant filed an Objection to Magistrate Judge

22   Leen's Report and Recommendation (Doc. #33).  Plaintiff filed a Response thereto

23   (Doc. #34) filed December 9, 2009.  On December 14, 2009, Defendant filed a Reply

24   (Doc. #35).

25        The Court has conducted a de novo review of the record in this case in

26   accordance with 28 U.S.C.§ 636(b)(1)(B) Local Rule IB 1-3 and IB 1-4 and

1   determines that Magistrate Judge Leen's Report of Findings and Recommendation

2   should be **Affirmed**.

3          **IT IS THEREFORE ORDERED that** Defendant's Objections (Doc.

4   #33) are Overruled and Magistrate Judge Leen's Findings and Recommendations

5   (Doc. #30) are Affirmed and Defendant's Motion to Suppress (Doc. #19) is

6   **DENIED**.

7

8   DATED:  December 17, 2009.

9

10                                                PHILIP M. PRO
                                                 United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26