FILED

SEP 10 2010

CLERK US DIST COURT
DISTRICT OF NEVADA
BY                       DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|                                        ) | |
|         Plaintiff,                     ) | |
|                                        ) | |
|     v.                                 ) | 2:09-CR-161-PMP (PAL) |
|                                        ) | |
| JOE RILEY,                             ) | |
|                                        ) | |
|         Defendant.                     ) | |

## FINAL ORDER OF FORFEITURE

On May 10, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, Untied States Code, Section 924(d)(1) and Title 28, Untied States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (a)(2), based upon the plea of guilty by defendant JOE RILEY to a criminal offense, forfeiting specific property alleged in the Superseding Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JOE RILEY pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on June 11, 2010, June 18, 2010, and June 25, 2010, in the Las Vegas Review-Journal/Sun, and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 17, 2010 through June 15, 2010, notifying all known third parties of their right to petition the Court.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, Untied States Code, Section 924(d)(1) and Title 28, Untied States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    one (1) Bryco 9mm semi-automatic handgon, serial # 604410, and any and all ammunition; and

    b.    $817.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _10th_ day of _Sept_, 2010.

_____
UNITED STATES DISTRICT JUDGE