| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| (Rev. 2/88) | 2:09CR00161 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joe Riley<br>259 Rich Road<br>Park Forest, Illinois 60466 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Philip M. Pro | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/23/201_ | TO 5/22/2020 |

| OFFENSE |
|---|
| FELON IN POSSESSION OF A FIREARM |

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

**NOV - 8 2018**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 8, 2018
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  _____
*Effective Date*          *United States District Judge*

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
NOV - 8 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Joe Riley

Case No.: 2:09CR00161

## REQUEST FOR TRANSFER OF JURISDICTION (OUT)

November 6, 2018

TO: The Honorable Philip M. Pro
Senior United States District Judge

On October 5, 2010, Joe Riley was sentenced in the District of Nevada to 120 months custody, followed by three (3) years supervised release for committing the offense of Felon in Possession of a Firearm. Supervised release commenced in the District of Nevada on May 25, 2018.

On June 28, 2018, Riley's case was accepted for transfer to the Northern District of Illinois. Riley currently maintains stable residence with his wife and has stated he plans to remain in Chicago, Illinois where he has family support and has no plans to return to the District of Nevada. The Northern District of Illinois has requested a transfer of jurisdiction be initiated and based on the reasons listed above so that their district may handle any future matter that may require the Court's attention. Attached is the Probation Form 22 for Your Honor's signature, if approved.

Should the Court have any questions or concerns, please contact me at (702) 527-7260.

Respectfully submitted,

Donnette L. Johnson
2018.11.07 12:18:55
-08'00'

Donnette Johnson
United States Probation Officer

Approved:

Niquita M. Loftis
2018.11.07 09:23:35
-08'00'

Niquita Loftis
Supervisory United States Probation Officer